CRYSTAL CHEVALIER AND      :      14ᵗʰ JUDICIAL DISTRICT COURT
MICHAEL CHEVALIER

VS. NO.: 2021- **614** , DIV "**D**" :      PARISH OF CALCASIEU

CIRCLE K STORES INC.      :      STATE OF LOUISIANA

FILED:      FEB 1 1 2021      :      _____

SCANNED      DEPUTY CLERK OF COURT

MAR 1 2 2021      1conf

## PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel comes Plaintiffs, **CRYSTAL CHEVALIER** (hereinafter referred to as "Mrs. Chevalier") and **MICHAEL CHEVALIER** (hereinafter referred to as "Mr. Chevalier"), competent majors and residents of Lafayette Parish, Louisiana, who respectfully petitions this court for an award of damages, for the following reasons:

1.

Made Defendant herein is **CIRCLE K STORES INC.** (hereinafter referred to as "Circle K"), a business entity authorized to do and doing business in the state of Louisiana that may be served through its registered agent for service of process, Corporation Service Company, at 501 Louisiana Avenue, Baton Rouge, Louisiana 70802.

2.

At this time, the amount in controversy does not exceed seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

3.

Venue is proper in the 14ᵗʰ Judicial District Court pursuant to Louisiana Code of Civil Procedure Article 74. This is an action for the recovery of damages for an offense or quasi offense and the conduct occurred in Calcasieu Parish, Louisiana.

4.

The incident in question occurred on May 16, 2020, at the Circle K convenience store located at the intersection of E McNeese Street and Jefferson Drive, 107 S Jefferson Drive, Lake Charles, Louisiana 70605.

**PROCESSED**

Date: MAR 1 1 2021

5.

The Circle K convenience store located located at the intersection of E McNeese Street and Jefferson Drive, 107 S Jefferson Drive, Lake Charles, Louisiana 70605, is owned by Defendant, Circle K.



Filing Date: 02/11/2021 12:00 AM
Case Number: 2021-000614
Document Name: PETITION

Page Count

EXHIBIT

A



6.

At the time of the incident, Plaintiff, **Mrs. Chevalier**, was a patron shopping at the Circle K convenience store.

7.

Plaintiff, **Mrs. Chevalier**, was exiting the restroom located inside the store when she slipped and fell on a liquid substance situated on the floor.

8.

The above-described incident and resulting injuries to **Mrs. Chevalier**, were caused through the sole fault and proximate fault and negligence of Defendant, **Circle K**, in the following, non-exclusive particulars:

A) Failure to maintain the premises in a safe condition;

B) Failure to inspect the premises to insure against unsafe conditions;

C) Failure to warn customers of unsafe conditions on the premises;

D) Failure to properly patrol and supervise the premises;

E) Allowing the premises to become dangerous without taking precautions to safeguard the safety of their customers;

F) Failure to properly clean and maintain and inspect the store floor;

G) Failure to have proper rugs and/or matting;

H) Failure to keep walking areas clear of any tripping/slipping hazards;

I) Failure to properly train employees regarding trip and fall/slip and fall prevention; and

J) Any other acts of negligence known only to defendant which may be found during discovery proceedings and which may be proved at a trial of this cause.

9.

Defendant, **Circle K**, breached a legal duty owed to Plaintiff, **Mrs. Chevalier**, which resulted in injuries and damages for which Defendant, **Circle K**, is liable.

10.

As a result of the above-described incident, petitioner, **Mrs. Chevalier**, sustained injuries to her body as a whole, including, but not limited to left hip, left ankle, and left knee. As a further result of the above described incident, petitioner, **Mrs. Chevalier**, has suffered emotionally, mentally and physically as a result of her injuries, causing past, present and future mental and physical pain and suffering, lost wages, mental anguish and emotional distress. Additionally, she has suffered lost wages, loss of future wages, loss of enjoyment of life, past, present and future all for which she is entitled to recover from the defendants in a reasonable amount to be fixed by this Honorable Court.

11.

Plaintiff, **Mrs. Chevalier**, in no way contributed to the incident and had no opportunity to avoid the injuries and losses sustained, as the incident and resulting damages were caused solely, exclusively and proximately by the fault, negligence, and carelessness of the Defendant, **Circle K**.

12.

The husband of Plaintiff, **Michael Chevalier**, at all times material hereto was living and residing with her.  The said husband, **Michael Chevalier**, suffered loss of consortium, services and society of his wife as a result of the above described incident and ensuing injuries to her, all for which **Michael Chevalier, as husband to Crystal Chevalier,** is entitled to recover in a reasonable amount to be fixed by this Honorable Court from the Defendant.

WHEREFORE, PETITIONER PRAYS that the defendants be duly served with a copy of this petition and cited to appear and answer same, and that after the lapse of all legal delays there be judgment in favor of Plaintiff, **Mrs. Chevalier and Mr. Chevalier**, against Defendant, **Circle K**, for a reasonable amount of general damages, special damages, lost wages, future lost wages, loss of enjoyment of life, past, present and future medical expenses and pain and suffering, attorney's fees, costs of these proceedings and interest thereon.

PETITIONER FURTHER PRAYS for judgment against the above named defendant for all costs of this suit, including the fees of experts and other experts called as witnesses, for legal interest on all amounts prayed for above, from the date of judicial demand until paid and for full, general, and equitable relief in the premises.

Respectfully submitted,

TOWNSLEY LAW FIRM, LLP

JACKSON T. BROWN, LSBA Roll No. 36397
3102 Enterprise Boulevard
Lake Charles, Louisiana 70601
Telephone: (337) 478-1400
Facsimile: (337) 478-1577

**PLEASE SERVE DEFENDANT AS SET FORTH
IN PARAGRAPH ONE OF THE PETITION.**